No. 97–8177.  STOKES *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 97–8187.  TRAVIS-BARKER *v.* U. S. BANK OF WASHINGTON. C. A. 9th Cir.  Certiorari denied.

No. 97–8192.  MARTINEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 97–8194.  MENDOZA *v.* SSC&B LINTAS, NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 97–8196.  JONES *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 97–8239.  ENGLERT *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 97–8242.  FORT *v.* HOWES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–8272.  CARTER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–8280.  NELSON *v.* CORBETT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–8287.  CEMINCHUK *v.* COHEN, SECRETARY OF DEFENSE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 97–8311.  RICHARDSON *v.* SOUTH CAROLINA.  Ct. App. S. C.  Certiorari denied.

No. 97–8312.  BRAY *v.* WEST, SECRETARY OF THE ARMY.  C. A. 4th Cir.  Certiorari denied.

No. 97–8318.  TATLIS *v.* DUNCAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–8321.  ORSINI *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 97–8323.  LANDERS *v.* KANSAS.  Ct. App. Kan.  Certiorari denied.